UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                Plaintiff,

                                                        No. 1:02-cr-073-02

-v-
                                                        HONORABLE PAUL L. MALONEY

LA'RON MARSHALL,
                Defendant.

ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S
MOTION FOR PROTECTION OF HIS MAIL

        Defendant Marshall, in his criminal case, a motion (Dkt. No. 168) entitled "Motion for Court
Order Protection of Defendant Mail."  In the motion, Defendant requests an order that his mail be
docketed and recorded so that it is not destroyed or held too long.  Defendant asserts the staff at the
institution where he is held has a history of interfering with prisoner mail, and with his mail in
particular.

        Defendant is not entitled to the relief he seeks.  The motion appears unrelated to the criminal
action against Defendant.  Defendant was convicted and sentenced in 2002.  The Sixth Circuit
affirmed the conviction in 2003.  Defendant filed a section 2255 motion, which was denied in 2004.
Leave to file a second section 2255 motion was denied by the appellate court in 2006.  Leave to file
a third section 2255 motion was denied by the appellate court in 2008.  The case is closed and there
are no pending issues.  Furthermore, Defendant has not identified any authority under which he is
entitled to the requested relief. *See* W.D. LCivR 7.1(a); W.D. LCrimR 12.1.

        Accordingly, Defendant's motion (Dkt. No. 168) for protection of his mail is **DENIED
WITHOUT PREJUDICE.  IT IS SO ORDERED.**


Date:   March 10, 2010                           /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 Chief, United States District Judge